IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ALFRED R. COWGER, JR, *et al.*, ) | Case No. 1:14-cv-335 |
| ) | |
| Plaintiffs, ) | Judge Christopher Boyko |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, *et al*., ) | MOTION TO SEAL COMPLAINT |
| ) | AND FILE REDACTED COMPLAINT |

Pursuant to Local Rule 8.1, Plaintiffs hereby move this Court to seal the Complaint filed by Plaintiffs, and permit Plaintiffs to file a Redacted Complaint, which replaces the name of the minor Plaintiff with her initials, and deletes the one reference to her full date of birth.

Respectfully submitted,

Date: February 18, 2014
/s/Alfred R. Cowger, Jr.
Alfred R. Cowger, Jr.
Ohio Attorney ID No. 0029881
34550 Dorchester Road
Gates Mills, OH 44040
Ph/cell: 570-760-0847
Email: ARCowger@aol.com

On behalf of himself and as attorney for
Anthony J. Wesley, Jr. and CCC-W

1